IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-285-GCM

KONA ICE, INC.,
    Plaintiff,

v.

JEREMY BRYANT HUNT,
    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Brett A. Schatz,** filed June 12, 2014 [doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Schatz is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Kona Ice, Inc..

**IT IS SO ORDERED.**

Signed: June 24, 2014

Graham C. Mullen
United States District Judge