# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-cv-285-GCM

| | | |
|---|---|---|
| KONA ICE, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEREMY BRYAN HUNT, | ) | |
|     Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT UPON ITS OWN MOTION. The trial in this matter is RE-SET for **April 11, 2016** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: August 31, 2015

Graham C. Mullen
United States District Judge